Same case below, 627 F.3d 205.

**No. 10-9952. George E. Brown, Jr., Petitioner v. United States.**

563 U.S. 999, 131 S. Ct. 2471, 179 L. Ed. 2d 1231, 2011 U.S. LEXIS 3811, ▮

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9955. Kalu Kalu, Petitioner v. United States.**

563 U.S. 999, 131 S. Ct. 2471, 179 L. Ed. 2d 1231, 2011 U.S. LEXIS 3700.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit is denied.

**No. 10-9960. Michael Anthony Cornwell, Petitioner v. United States.**

563 U.S. 999, 131 S. Ct. 2473, 179 L. Ed. 2d 1231, 2011 U.S. LEXIS 3772.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 418 Fed. Appx. 224.

**No. 10-9961. Antonius Coleman, Petitioner v. United States.**

563 U.S. 999, 131 S. Ct. 2473, 179 L. Ed. 2d 1231, 2011 U.S. LEXIS 3678.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9968. Jermaine Jones, Petitioner v. United States.**

563 U.S. 1000, 131 S. Ct. 2474, 179 L. Ed. 2d 1231, 2011 U.S. LEXIS 3824.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 407 Fed. Appx. 974.

**No. 10-9971. Randolph Lone Fight, Petitioner v. United States.**

563 U.S. 1000, 131 S. Ct. 2474, 179 L. Ed. 2d 1231, 2011 U.S. LEXIS 3802.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 625 F.3d 523.

**No. 10-9972. Pierre Lahens, Petitioner v. United States.**

563 U.S. 1000, 131 S. Ct. 2474, 179 L. Ed. 2d 1231, 2011 U.S. LEXIS 3789.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 394 Fed. Appx. 646.

**No. 10-9974. Jose Umana, Petitioner v. United States.**

563 U.S. 1000, 131 S. Ct. 2474, 179 L. Ed. 2d 1231, 2011 U.S. LEXIS 3671.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 411 Fed. Appx. 249.